### GEORGE *v.* GEORGE.

ATKINSON, J. The evidence being conflicting as to whether the plaintiff left her husband's home and lived apart from him because of cruel treatment, or voluntarily quitted him in unprovoked anger, without excuse and because she did not wish to live longer with him, the court below did not abuse its discretion in declining to grant her prayer for temporary alimony, together with counsel fees. *Pearson* v. *Pearson,* 125 *Ga.* 132 (54 S. E. 194).        *Judgment affirmed. All the Justices concur.*

Submitted January 15,—Decided May 13, 1908.

Petition for alimony. Before Judge Wright. Floyd superior court. October 11, 1907.

*Sharp & Sharp,* for plaintiff.

*W. B. Mebane* and *M. B. Eubanks,* for defendant.